UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIAN MARTINEZ, | ) | No.  CV 10-3009-FMO (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  ___3-4-13___          _____
                              FERNANDO M. OLGUIN
                              United States District Judge